# Court of Appeals
# of the State of Georgia

ATLANTA, <u>December 10, 2024</u>

*The Court of Appeals hereby passes the following order:*

A24E0047. IN THE MATTER ON LAUREN MICAELA TAYLOR.

At this time, given that the Fulton County Probate Court is aware of and working to effectuate the Petitioner's granted discretionary appeal number A24D0064, the Petitioner's request for mandamus regarding transmission of the probate court record is hereby DENIED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* <u>12/10/2024</u>
          *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
          *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*